# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND,<br><br>      Plaintiffs,<br><br>  vs.<br><br>MICHAEL'S VALLEY PLUMBING, INC., a California corporation; and MICHAEL PAUL MIZE, an individual;<br><br>      Defendants. | Case No.: LA CV14-04356 JAK (VBKx)<br><br>Assigned to the Honorable<br>John A. Kronstadt<br><br>**JUDGMENT**<br><br>**JS-6** |

Judgment

This action having been commenced on June 5, 2014, and the Court having granted the *ex parte* application filed by Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al., to reopen the case and enter judgment pursuant to stipulation, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Pensioners and Surviving Spouses Health Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National Pension Fund, and Trustees of the International Training Fund shall recover from Defendants Michael's Valley Plumbing, Inc. and Michael Paul Mize, jointly and severally, the principal amount of $349,946.78, together with post-judgment interest calculated at 8% per annum from June 11, 2015, until paid in full.

Dated: January 11, 2016     _____
John A. Kronstadt
United States District Judge

Judgment